**Harry O. Whitlock, Appellee, v. Jessie Nickerson Whitlock, Appellant.**

**Gen. No. 19,288. (Not to be reported in full.)**

Appeal from the Superior Court of Cook county; the Hon. WILLIAM E. DEVER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed May 21, 1914.

### Statement of the Case.

Bill by Harry O. Whitlock against Jessie Nickerson Whitlock for divorce charging defendant with having committed adultery with a certain person named in the bill. Defendant filed a cross-bill for divorce charging complainant with extreme and repeated cruelty. Answers were filed to said bill and cross-bill by the respective defendants thereto, denying the material allegations therein. The chancellor found defendant guilty of the charge of adultery and a decree was entered granting complainant a divorce and dismissing the cross-bill for want of equity. From the decree, defendant appeals.

DAVID K. TONE, for appellant; WILLIAM E. and LEWIS F. MASON, of counsel.

SHORT, DAVIS & RUST, for appellee.

MR. JUSTICE SCANLAN delivered the opinion of the court.

### Abstract of the Decision.

1. DIVORCE, § 46*—*when finding that wife was guilty of adultery sustained by the evidence.* On bill by the husband for divorce charging the wife with adultery, a finding of the chancellor that the wife was guilty of adultery *held* sustained by the evidence.

2. DIVORCE, § 17*—*what does not constitute recrimination.* Where it appears that the party seeking a divorce on the ground

*See **Illinois Notes Digest**, Vols XI to XV, and Cumulative Quarterly, same topic and section number.

of extreme and repeated cruelty has been guilty of adultery, she will not be granted a divorce and the fact that the husband has been guilty of extreme and repeated cruelty is not a sufficient recriminatory defense to a bill by him for divorce on the ground of adultery.

## City of Chicago, Defendant in Error, v. Attilio Braggio, Plaintiff in Error.

### Gen. No. 20,226.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HUGH J. KEARNS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Affirmed. Opinion filed May 21, 1914. Rehearing denied June 3, 1914. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Motion by City of Chicago to strike from the record the statement of facts filed by Attilio Braggio on an appeal from a judgment of the Municipal Court. It appeared from the transcript of the record that the action was brought to recover a penalty for the violation of an ordinance of the City of Chicago forbidding the sale of cigarettes to minors, that personal service was had upon the defendant, that a verdict was returned finding the defendant guilty and assessing a fine of twenty-five dollars, that a judgment was entered on the verdict on January 13, 1914, and that on February 13, 1914 the judge, before whom the case was tried, signed and placed on file a correct statement of facts.

CAIROLI GIGLIOTTI, for plaintiff in error.

W. H. SEXTON and J. S. McINERNEY, for defendant in error.

PER CURIAM.